**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Julie Rosin, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| George S. Hsu and Elgin Clinic, | ) | |
| | ) | Case No. 1:07-cv-031 |
| Defendant. | ) | |

_____

On September 20, 2007, to the parties filed a Stipulation for Dismissal. The court adopts the parties' stipulation and **ORDERS** that the above-entitled action be dismissed with prejudice on the merits and without costs to the parties.

Dated this 21st day of September, 2007.

/s/ Charles S. Miller, Jr.
 Charles S. Miller, Jr.
United States Magistrate Judge